## GRAHAM *v.* THE STATE.

ATKINSON, J. 1. There being evidence to authorize such a charge, it was not erroneous to instruct the jury: "For one to kill a person who is undertaking to make upon him a legal arrest, in a lawful manner is murder, and is not manslaughter or justifiable homicide." *Brooks* v. *State*, 114 *Ga.* 6 (37 S. E. 877); *Johnson* v. *State*, 130 *Ga.* 27 (60 S. E. 160).

2. Portions of the charge complained of in grounds 5 and 6 of the amended motion for new trial were in accord with the rulings of this court when the case was here on a former occasion. *Graham* v. *State*, 143 *Ga.* 440 (85 S. E. 328).

3. The evidence was sufficient to support the verdict, and none of the other grounds of the motion for new trial show error requiring a reversal.          *Judgment affirmed. All the Justices concur.*
OCTOBER 18, 1916.

Indictment for murder. Before Judge George. Irwin superior court. April 22, 1916.

*T. A. Wallace, A. W. Jordan, J. R. Cooper, McDonald & Grantham,* and *B. T. Rawlings,* for plaintiff in error.

*Clifford Walker, attorney-general, J. B. Wall, solicitor-general, M. D. Dickerson, H. J. Quincey,* and *Mark Bolding,* contra.